Shana Lazerow, State Bar No. 195491
Adrienne L. Bloch, State Bar No. 215471
COMMUNITIES FOR A BETTER ENVIRONMENT
1440 Broadway, Suite 701
Oakland, California 94612
Tel: (510) 302-0430
Fax: (510) 302-0438

Attorneys for Plaintiff
COMMUNITIES FOR A BETTER ENVIRONMENT

Sejal Choksi, State Bar No. 222093
BAYKEEPER
785 Market St. Suite 850
San Francisco, CA 94103
Tel: (415) 856-0444
Fax: (415) 856-0443

Attorneys for Plaintiff
BAYKEEPER

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMMUNITIES FOR A BETTER ENVIRONMENT a California non-profit corporation, and BAYKEEPER, a California non-profit corporation;<br><br>Plaintiffs,<br><br>vs.<br><br>OWENS ILLINOIS, dba OWENS BROCKWAY, a corporation<br><br>Defendant | Case No. C 06 07853 JSW<br><br>JOINT REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER<br><br>Current CMC Date: May 4, 2007<br>Judge: Hon. Jeffrey S. White<br><br>(Federal Water Pollution Control Act, 33 U.S.C. §§ 1251 et seq.) |

JOINT REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND
[PROPOSED] ORDER
Case No. C 06-07853 JWS

WHEREAS, Communities for a Better Environment and Baykeeper (collectively "Plaintiffs") filed their complaint in this action on December 22, 2006, but to further settlement negotiations, delayed service of the complaint until April 16, 2007;

WHEREAS, an initial case management conference in this action is scheduled for May 4, 2007 at 1:30 pm;

WHEREAS, Plaintiffs and defendant, Owens-Brockway Glass Container Inc., sued herein as Owens Illinois dba Owens Brockway (collectively "Parties"), are engaged in good-faith settlement negotiations;

GOOD CAUSE APPEARING THEREFOR, the Parties jointly request the following amended schedule for the conduct of this action:

1. June 15, 2007 – last day to file Case Management Statement;
2. June 22, 2007 – CASE MANAGEMENT CONFERENCE (CMC) in Courtroom 2, 17th floor at 1:30 PM;
3. This scheduling order supersedes all previous scheduling orders in this matter.

Dated: April 24, 2007  _____/s/_____
Shana Lazerow[1]
Attorney for Plaintiff
COMMUNITIES FOR A BETTER ENVIRONMENT

Dated: April 24, 2007  \_\_\_\_\_/s/_____
Sejal Choksi
Attorney for Plaintiff BAYKEEPER

---

[1] As the filing attorney, I Shana Lazerow attest that all counsel find the content of this document acceptable and have given me permission to file electronically this stipulated request on their behalf.

JOINT REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER
Case No. C 06-07853 JWS

Dated: April 24, 2007       _____/s/_____
                            Rocky Unruh
                            SCHIFF HARDIN LLP
                            Attorneys for Defendant
                            OWENS-BROCKWAY GLASS CONTAINER INC, sued
                            herein as OWENS ILLINOIS dba OWENS BROCKWAY

**IT IS SO ORDERED.**

Date: _April 25, 2007       _____
                            Honorable Jeffrey S White
                            Federal District Court Judge

JOINT REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND
[PROPOSED] ORDER
Case No. C 06-07853 JWS