Shana Lazerow, State Bar No. 195491
Adrienne L. Bloch, State Bar No. 215471
COMMUNITIES FOR A BETTER ENVIRONMENT
1440 Broadway, Suite 701
Oakland, California 94612
Tel: (510) 302-0430
Fax: (510) 302-0438

Attorneys for Plaintiff
COMMUNITIES FOR A BETTER ENVIRONMENT

Sejal Choksi, State Bar No. 222093
BAYKEEPER
785 Market St. Suite 850
San Francisco, CA 94103
Tel: (415) 856-0444
Fax: (415) 856-0443

Attorney for Plaintiff
BAYKEEPER

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| COMMUNITIES FOR A BETTER ENVIRONMENT a California non-profit corporation, and BAYKEEPER, a California non-profit corporation;<br><br>Plaintiffs,<br><br>vs.<br><br>OWENS ILLINOIS, dba OWENS BROCKWAY, a corporation<br><br>Defendant | Case No. C 06 07853 JSW<br><br>JOINT REQUEST AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT AND ADR DEADLINES<br><br>Judge: Hon. Jeffrey S. White<br><br>(Federal Water Pollution Control Act, 33 U.S.C. §§ 1251 et seq.) |

JOINT REQUEST AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT AND
ADR DEADLINES
Case No. C 06-07853 JWS

WHEREAS, Communities for a Better Environment and Baykeeper (collectively "Plaintiffs") filed their complaint in this action on December 22, 2006, but to further settlement negotiations, delayed service of the complaint until April 16, 2007;

WHEREAS, Plaintiffs and Defendant, Owens-Brockway Glass Container Inc., sued herein as Owens Illinois dba Owens Brockway, (collectively "Parties") are engaged in good-faith settlement negotiations;

WHEREAS, an initial case management conference in this action was scheduled for May 4, 2007 at 1:30 pm, but was moved to June 22, 2007, with an initial case management statement due June 15, 2007;

GOOD CAUSE APPEARING THEREFOR, the Parties jointly request the following schedule for the conduct of this action:

1. May 29, 2007 – last day to (a) meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery plan; and (b) file joint ADR certification with stipulation to ADR process or Notice of Need for ADR phone conference;
2. June 15, 2007 – last day to complete initial disclosures or state objection in Rule 26(f) Report; file Case Management Statement and file/serve rule 26(f) report.

Dated: May 3, 2007  /s/
Sejal Choksi[1]
Attorney for Plaintiff
BAYKEEPER


Dated: May 3, 2007  /s/
Shana Lazerow
Attorney for Plaintiff
COMMUNITIES FOR A BETTER ENVIRONMENT

---

[1] As the filing attorney I, Sejal Choksi, attest that all counsel find the content of this document acceptable and have given me permission to file electronically this stipulated request on their behalf.

JOINT REQUEST AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT AND ADR DEADLINES
Case No. C 06-07853 JWS

Dated: May 3, 2007   _____/s/_____
Rocky Unruh
SCHIFF HARDIN LLP
Attorneys for Defendant
OWENS-BROCKWAY GLASS CONTAINER INC, sued herein as OWENS ILLINOIS dba OWENS BROCKWAY

**IT IS SO ORDERED.**

Date: _May 4, 2007_   _____
Honorable Jeffrey S White
Federal District Court Judge

JOINT REQUEST AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT AND ADR DEADLINES
Case No. C 06-07853 JWS