UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



IT IS SO ORDERED
Jeffrey S. White
Judge Jeffrey S. White

COMMUNITIES FOR A BETTER
ENVIRONMENT and BAYKEEPER

    Plaintiff(s),

v.

OWENS ILLINOIS dba OWENS
BROCKWAY

    Defendant(s).

CASE NO. C 06-07853

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Dated: May 30, 2007

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
    Non-binding Arbitration (ADR L.R. 4)
    Early Neutral Evaluation (ENE) (ADR L.R. 5)
✓     Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
    Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
✓     the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

    other requested deadline _____

Dated: May 29, 2007

Shana Lazerow & Sejal Choksi
Attorney for Plaintiff

Dated: May 29, 2007

Rocky Unruh 1
Attorney for Defendant

1 As the filing attorney, I, Shana Lazerow attest that Baykeeper's attorney Sejal Choksi and Owens Brockway's attorney Rocky Unruh have given me permission to file electronically this ADR selection document.