Shana Lazerow, State Bar No. 195491
Adrienne L. Bloch, State Bar No. 215471
COMMUNITIES FOR A BETTER ENVIRONMENT
1440 Broadway, Suite 701
Oakland, California 94612
Tel: (510) 302-0430
Fax: (510) 302-0438

Attorneys for Plaintiff
COMMUNITIES FOR A BETTER ENVIRONMENT

Sejal Choksi, State Bar No. 222093
Amy Chastain, State Bar No. 235745
BAYKEEPER
785 Market St. Suite 850
San Francisco, CA 94103
Tel: (415) 856-0444
Fax: (415) 856-0443

Attorneys for Plaintiff
BAYKEEPER

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMMUNITIES FOR A BETTER ENVIRONMENT a California non-profit corporation, and BAYKEEPER, a California non-profit corporation;<br><br>Plaintiffs,<br><br>vs.<br><br>OWENS ILLINOIS, dba OWENS BROCKWAY, a corporation<br><br>Defendant | Case No. C 06 7853 JSW<br><br>STIPULATION AND [PROPOSED] SCHEDULING ORDER<br><br>Date: No hearing<br>Judge: Hon. Jeffrey S. White<br><br>(Federal Water Pollution Control Act, 33 U.S.C. §§ 1251 et seq.) |

STIPULATION AND [PROPOSED] SCHEDULING ORDER
Case No. C 06-7853 JWS

WHEREAS, Communities for a Better Environment, Baykeeper ("Plaintiffs") and Owens-Brockway Glass Container Inc., erroneously sued herein as Owens Illinois, dba Owens-Brockway, (collectively "Parties") are engaged in good-faith settlement negotiations;

WHEREAS, the deadline for mediation is August 28, 2007;

WHEREAS, Daniel Bowling has been assigned as the Mediator for this case but is unavailable until mid-September;

WHEREAS, Mr. Bowling is the Parties' preferred neutral and the Parties wish to accommodate Mr. Bowling's schedule;

GOOD CAUSE APPEARING THEREFORE, the Parties Stipulate and Propose that the mediation deadline be extended to September 28, 2007.

Dated: August 1, 2007

Shana Lazerow
Attorney for Plaintiff
COMMUNITIES FOR A BETTER ENVIRONMENT

Dated: August 1, 2007

Amy Chastain
Attorney for Plaintiff BAYKEEPER

Dated: August 1, 2007

Sarah D. Youngblood
SCHIFF HARDIN LLP
Attorneys for Defendant
OWENS-BROCKWAY GLASS CONTAINER INC, sued herein as OWENS ILLINOIS dba OWENS BROCKWAY

IT IS SO ORDERED.

Date: August 3, 2007

Honorable Jeffrey S White
Federal District Court Judge

STIPULATION AND [PROPOSED] SCHEDULING ORDER
Case No. C 06-7853 JWS