1  Shana Lazerow, State Bar No. 195491
   Adrienne L. Bloch, State Bar No. 215471
2  COMMUNITIES FOR A BETTER ENVIRONMENT
   1400 Broadway, Suite 701
3  Oakland, California  94612
   Tel: (510) 302-0430
4  Fax: (510) 302-0438

5  Attorneys for Plaintiff
   COMMUNITIES FOR A BETTER ENVIRONMENT
6
   Sejal Choksi, State Bar No. 222093
7  Amy Chastain, State Bar No. 235745
   BAYKEEPER
8  785 Market Street, Suite 850
   San Francisco, California  94103
9  Tel: (415) 856-0444 x 107
   Fax: (415) 856-0443
10
   Attorneys for Plaintiff
11 BAYKEEPER

12

13                **UNITED STATES DISTRICT COURT**

14                **NORTHERN DISTRICT OF CALIFORNIA**

15                   **SAN FRANCISCO DIVISION**

16

17 | COMMUNITIES FOR A BETTER ENVIRONMENT, a California non-profit corporation, and BAYKEEPER, a California non-profit corporation, | CASE NO. CV 06-07853 JSW |
| --- | --- |
|  | JOINT REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND [~~PROPOSED~~] ORDER |
| Plaintiffs, |  |
| vs. | Current CMC Date:  January 25, 2008 |
|  | Judge:  Hon. Jeffrey S. White |
| OWENS ILLINOIS, dba OWENS-BROCKWAY, a corporation, |  |
|  | (Federal Water Pollution Control Act, 33 U.S.C. §§ 1251 et seq.) |
| Defendant. |  |

JOINT REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND [~~PROPOSED~~] ORDER
CASE NO. CV 06-07853 JSW

1    WHEREAS, an initial case management conference in this action was held on June 22, 2007 and a further case management conference is scheduled for January 25, 2008 at 1:30 p.m.;

3    WHEREAS, Plaintiffs, Communities for a Better Environment and Baykeeper, and Defendant, Owens-Illinois, (collectively the "Parties") are engaged in good-faith settlement negotiations and have reached agreement as to the terms of settlement;

6    WHEREAS, the Parties anticipate executing a settlement agreement by January 31, 2008 and submitting it to this Court for its approval shortly thereafter;

8    GOOD CAUSE APPEARING THEREFORE, the Parties jointly request that the January 25, 2008 Case Management Conference be continued to a later date.

Dated: January 23, 2008

_____/s/_____
Amy Chastain[1]
Attorney for Plaintiff
BAYKEEPER

_____/s/_____
Shana Lazerow
Attorney for Plaintiff
COMMUNITIES FOR A BETTER ENVIRONMENT

_____/s/_____
Rocky Unruh
SCHIFF HARDIN LLP
Attorneys for Plaintiff
OWENS-BROCKWAY GLASS CONTAINER INC, sued herein as OWENS ILLINOIS dba OWENS BROCKWAY

The Case Management Conference is CONTINUED to May 9, 2008 at 1:30 p.m.

**IT IS SO ORDERED**

Date: ___January 23, 2008_____

_____
Hon. Jeffrey S. White
United States District Court Judge
Northern District of California

---

[1] As filing attorney, I attest that all counsel find the content of this document acceptable and have given me permission to electronically file this joint request on their behalf.

-2-

Case No. CV 06-07853 JSW