Shana Lazerow, State Bar No. 195491
Adrienne L. Bloch, State Bar No. 215471
COMMUNITIES FOR A BETTER ENVIRONMENT
1440 Broadway, Suite 701
Oakland, California 94612
Tel: (510) 302-0430
Fax: (510) 302-0438

Attorneys for Plaintiff
COMMUNITIES FOR A BETTER ENVIRONMENT

Sejal Choksi, State Bar No. 222093
Amy Chastain, State Bar No. 235745
BAYKEEPER
785 Market St. Suite 850
San Francisco, CA 94103
Tel: (415) 856-0444
Fax: (415) 856-0443

Attorneys for Plaintiff
BAYKEEPER

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| COMMUNITIES FOR A BETTER ENVIRONMENT, a California non-profit corporation, and BAYKEEPER, a California non-profit corporation<br><br>Plaintiffs,<br><br>v.<br><br>OWENS-ILLINOIS, dba OWENS-BROCKWAY, a corporation<br><br>Defendant. | Case No. CV 06-07853 JSW<br><br>**STIPULATION AND [Proposed] ORDER DISMISSING COMPLAINT**<br><br>Judge: Hon. Jeffrey S. White<br><br>(Federal Water Pollution Control Act, 33 U.S.C. §§ 1251 et seq.) |

Plaintiffs, Baykeeper and Communities for a Better Environment, and defendant Owens-Brockway Glass Container Inc., by and through their undersigned counsel, stipulate and agree that pursuant to the terms of the Consent Agreement between them and Fed. R. Civ. P. 41(a)(2), the Complaint in this action shall be dismissed with prejudice, with this Court, the Hon. Jeffrey S. White presiding, to retain jurisdiction over the parties for the purpose of enforcing the terms of

- 1 -

**STIPULATION AND [Proposed] ORDER DISMISSING COMPLAINT**

the Consent Agreement.

IT IS SO STIPULATED.

Dated: April 3, 2008          BAYKEEPER

                              By: /s/
                                  Amy Chastain[1]

Dated: April 3, 2008          COMMUNITIES FOR A BETTER ENVIRONMENT

                              By: /s/
                                  Shana Lazerow

Dated: April 3, 2008          SCHIFF HARDIN LLP

                              By: /s/
                                  Rocky N. Unruh, attorneys for defendant
                                  Owens-Brockway Glass Container Inc.

## ORDER

The Court having reviewed and approved the Consent Agreement between the parties, and having received the parties' stipulation and for good cause shown,

IT IS HEREBY ORDERED that the Complaint in this action is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(2). IT IS FURTHER ORDERED that this Court shall and hereby does retain jurisdiction over the parties for the purpose of enforcing the terms of the Consent Agreement.

IT IS SO ORDERED.

Dated: April 3, 2008

                              _____
                              Hon. Jeffrey S. White
                              United States District Judge

---

[1] As filing attorney, I attest that all counsel find the content of this document acceptable and have given me permission to electronically file this joint request on their behalf. I also attest that I have on file all holograph signatures for any signatures indicated by a conformed signature within this efiled document.
- 2 -

**STIPULATION AND [Proposed] ORDER DISMISSING COMPLAINT**